165 A.3d 473

## COOMES

v.

## MARYLAND INSURANCE ADMINISTRATION

Pet. Docket No. 119, Sept. Term, 2017

Court of Appeals of Maryland.

July 31, 2017

Petition for writ of certiorari granted

∎

165 A.3d 473

## DABBS

v.

## ANNE ARUNDEL CO.

Pet. Docket No. 114, Sept. Term, 2017

Court of Appeals of Maryland.

July 31, 2017

Petition for writ of certiorari granted